**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Eminent Bicycles, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 47-5551082 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1665 South Rancho Santa Fe Rd** <br> **Suite C1** <br> **San Marcos, CA 92078** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **https://www.eminentcycles.com/**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Eminent Bicycles, LLC**
_____     Case number (*if known*) _____
Name

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ A plan is being filed with this petition.

■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**     ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Eminent Bicycles, LLC**
Name

Case number (*if known*)

Debtor    **Eminent Bicycles, LLC**                                             Case number *(if known)* _____
       Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Eminent Bicycles, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2021**
_____
MM / DD / YYYY

**X** **/s/ Jeffrey Soncrant**
_____
Signature of authorized representative of debtor

**Jeffrey Soncrant**
_____
Printed name

Title    **CEO**
_____

**18. Signature of attorney**

**X** **/s/ Ajay Gupta**
_____
Signature of attorney for debtor

Date    **March 16, 2021**
_____
MM / DD / YYYY

**Ajay Gupta 242132**
_____
Printed name

**Gupta Evans and Associates, PC**
_____
Firm name

**1620 5th Avenue, #650**
**San Diego, CA 92101**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(619) 866-3444**    Email address    **ag@SoCal.law**

**242132 CA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name          **Eminent Bicycles, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2021**              X  */s/ Jeffrey Soncrant*
                                                Signature of individual signing on behalf of debtor

                                                **Jeffrey Soncrant**
                                                Printed name

                                                **CEO**
                                                Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Eminent Bicycles, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Humberto Zavaleta 1500 Locust St.  Apt 4308 Philadelphia, PA 19102** | HZavaleta2@aol.com | **All Non-Cash Assets** | | **$640,000.00** | **$35,000.00** | **$605,000.00** |
| **Jeffrey Soncrant 1665 South Rancho Santa Fe Rd Suite C1 San Marcos, CA 92078** | jeff@eminentcycles.com | **Blanket UCC Filing; All Non-Cash Assets of the Business** | | **$320,000.00** | **$30,000.00** | **$290,000.00** |
| **Stella Mondo, LLC c/o Kevin Sigismondo 11205 Wheatland Place San Diego, CA 92131** | kevin@stellamondo.com | **Blanket UCC Filing; All Non-Cash Assets of the Business** | | **$447,600.00** | **$65,000.00** | **$382,600.00** |
| **U.S. Small Business Admin 409 3r St. SW Washington, DC 20416** | answerdesk@sba.gov | | | | | **$3,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Eminent Bicycles, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ _____ 139,388.89

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ _____ 139,388.89

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 1,407,600.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ _____ 3,000.00

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 1,410,600.00

**Fill in this information to identify the case:**

Debtor name **Eminent Bicycles, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **California Bank and Trust** | **Checking** | **4944** | **$21,174.00** |
| 3.2. **Comerica Bank** | **Checking** | **0713** | **$5,659.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                     **$26,833.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. **Security Deposit for Current Lease** | **$4,041.89** |
|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

Debtor    **Eminent Bicycles, LLC**                              Case number *(If known)* _____
_____
Name

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $4,041.89 |

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **16,528.00**    -          **8,264.00**  = ....          **$8,264.00**

                         face amount       doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $8,264.00 |

**Part 4:**    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials Bike Parts Held for Assembly:  $137,000 (Purchase Cost Value) Estimated Liquidation Value:    $ 102,500 Estimated Liquidation Cost (20%):  $20,500 | | | | |
| | Bike Parts Paid for and in Transit from Abroad: | 2/1/2020 | $127,000.00 | Liquidation | $82,500.00 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale 9 Demo Bicycles (Located Across the Countr | | $17,565.00 | Liquidation | $15,000.00 |

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 2

Debtor    **Eminent Bicycles, LLC**                                Case number *(If known)* _____
              Name

| | | | | |
|---|---|---|---|---|
| **Product Tooling (Located in China) Used in Manufacturing Parts (Raw Inventory as Listed on the Petiton)** | | $182,490.00 | Liquidation | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 22. | **Other inventory or supplies** **Spare Parts** | NA | $1,000.00 | Liquidation | $500.00 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $98,000.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **3 Desks / 1 Conference Table / 6 Fixed Chairs / 3 Recliner Chairs** **Acquisition Value:  5,729.00** | $2,500.00 | Liquidation | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **1 Computer (2016) ($1952 Acquisition)** **Color Laser Printer (2017) ($450 Acquisition)** | $1,250.00 | Liquidation | $250.00 |
| | **Misc Marketing and Promotional Items:  3 - 10X 10 Pop Up Tents, Flags, Folding Tables, Promo Material** | $2,000.00 | Liquidation | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor      **Eminent Bicycles, LLC**                                    Case number *(If known)* _____
            Name

**Purchase Value:  $5878** _____    _____    _____    _____

---

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                    | $750.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Misc. Tools / Shelving ($10,000 Acquisition Costs over time) | $5,000.00 | Liquidation | $1,500.00 |

51.    **Total of Part 8.**                                                                                    | $1,500.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Eminent Bicycles, LLC**
Name    Case number *(If known)* _____

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.eminentcycles.com www.eminent-cycles.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Patent # US10, 737, 742B2 (Utility Patent Re: suspension and pivots on the Bike) Registered Trademarks for "Eminent Cycles" and "Valiant"** | $0.00 | | $0.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** | $0.00
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor     **Eminent Bicycles, LLC**                                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,833.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,041.89 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,264.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $98,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $139,388.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $139,388.89 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

Debtor 1     **Jeffrey Soncrant**
           First Name               Middle Name               Last Name

Debtor 2
(Spouse if, filing)
           First Name               Middle Name               Last Name

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
    amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt            **4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

     ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

     ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Line from *Schedule A/B*: | | ☐ _____<br><br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

     ☑ No

     ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

         ☐ No

         ☐ Yes

**Fill in this information to identify the case:**

Debtor name  **Eminent Bicycles, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Humberto Zavaleta** | | |
|---|---|---|---|

| | | | $640,000.00 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**All Non-Cash Assets**

**1500 Locust St.  Apt 4308**
**Philadelphia, PA 19102**

Creditor's mailing address

Describe the lien
**Voluntary Blanket UCC**

Is the creditor an insider or related party?

**HZavaleta2@aol.com**

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**1/1/2018**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Jeffrey Soncrant** | | $320,000.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Blanket UCC Filing; All Non-Cash Assets of the Business**

**1665 South Rancho Santa Fe Rd**
**Suite C1**
**San Marcos, CA 92078**

Creditor's mailing address

Describe the lien
**Voluntary, Blanket UCC**

Is the creditor an insider or related party?

**jeff@eminentcycles.com**

Creditor's email address, if known

☐ No
☑ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**1/1/2018**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Eminent Bicycles, LLC**                                        Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,           ☐ Contingent
including this creditor and its relative ☐ Unliquidated
priority.                                ☐ Disputed
_____

| 2.3 | **Stella Mondo, LLC** | Describe debtor's property that is subject to a lien | $447,600.00 | $65,000.00 |

Creditor's Name                          **Blanket UCC Filing; All Non-Cash Assets of**
**c/o Kevin Sigismondo**                 **the Business**
**11205 Wheatland Place**
**San Diego, CA 92131**                  _____

Creditor's mailing address               **Describe the lien**
                                         **Voluntary Blanket UCC**
                                         _____
**kevin@stellamondo.com**                **Is the creditor an insider or related party?**
_____                ■ No
Creditor's email address, if known       ☐ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**               ■ No
**1/1/2018**                             ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.
_____

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,407,600.00 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Eminent Bicycles, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **$3,000.00** |

| | |
|---|---|
| **U.S. Small Business Admin** | As of the petition filing date, the claim is: *Check all that apply.* |
| **409 3r St. SW** | ☐ Contingent |
| **Washington, DC 20416** | ☐ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred _** | **Basis for the claim: _** |
| **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **3,000.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **3,000.00** |

**Fill in this information to identify the case:**

Debtor name   **Eminent Bicycles, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **Trade contract for handlebars.  Current Contract has $4500.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hayes Bicycle Group, Inc.**<br>**HB Performace Systems, Inc.**<br>**Mequon, WI 53092** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement**<br><br>State the term remaining — **9 months**<br><br>List the contract number of any government contract | **KP La Costa Meadows, LLC**<br>**c/o The Brookhollow Group**<br>**San Diego, CA 92108** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest — **Debtor has paid 14,600 towards tooling on two future models.  Estimated balance due will be approximately 60,000 over one year. (See attachment to Schedules I and J for estimated tooling expense).**<br><br>State the term remaining — **75%**<br><br>List the contract number of any government contract | **Shandong Taishan Ruiba Comp  Materials Company**<br>**Shandong, China** |

**Fill in this information to identify the case:**

Debtor name   **Eminent Bicycles, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street <br><br> City            State            Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City            State            Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City            State            Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City            State            Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jeffrey Soncrant** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **Eminent Bicycles, LLC**

Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00  +  $ 0.00  =  $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Jeffrey Soncrant**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ _____ 0.00

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ _____ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ _____ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ _____ 0.00
   4d. Homeowner's association or condominium dues   4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ _____ 0.00

Debtor 1  __Eminent Bicycles, LLC__                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as<br>deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | | 19. $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | |
|---|---|---|
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ 0.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ 0.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | -4,062.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 0.00 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. $ | -4,062.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   | Explain here: |

---

**2021 Summary Outlook w/Cash Flow Model**

**Cash in Bank on 2/9/21**                     **$32,890**

| Quarterly  2021 Estimates w/Estimated Cash flows | | | | |
|---|---|---|---|---|
| | **Q1** | **Q2** | **Q3** | **Q4** | **Row Total** |
| Income | 120,706.98 | 282,906.98 | 345,146.52 | 194,262.79 | 943,023.28 |
| Cost of Goods Sold | (78,276.25) | (183,459.96) | (223,821.16) | (125,975.84) | (611,533.22) |
| Gross Profit | 42,430.73 | 99,447.02 | 121,325.36 | 68,286.95 | 331,490.06 |
| Expenses | (48,669.71) | (114,069.64) | (139,164.96) | (78,327.82) | (380,232.13) |
| Net Operating Income | **(6,238.98)** | **(14,622.62)** | **(17,839.60)** | **(10,040.87)** | **(48,742.07)** |

| 2021 Cash flow Model | | | | | | |
|---|---|---|---|---|---|---|
| | **Net Income** | **New Proj Invest** | **Debt Service** | **Jeff's Salary** | **Cash on hand/needed** | **Deferred Comp** |
| **Q1** | (6,239) | (20,750) | 0 | (16,666) | (10,765) | (8,334) |
| **Q2** | (14,623) | (30,500) | (3,000) | | (48,123) | (25,000) |
| **Q3** | (17,840) | (6,250) | (3,000) | | (27,090) | (25,000) |
| **Q4** | (10,041) | 0 | (3,000) | | (13,041) | (25,000) |
| **Column Totals** | (48,742) | (57,500) | (9,000) | (16,666) | (99,018) | (83,334) |
| **Post Bankruptcy 2021 Investment Needed:** | | **$100,000** | | | | |

**2022 Summary Outlook w/Cash Flow Model**

**Cash in Bank on 12/31/21**                    **$982**

| Quarterly  2022 Estimates w/Estimated Cash flows | | | | |
|---|---|---|---|---|
| | **Q1** | **Q2** | **Q3** | **Q4** | **Row Total** |
| Income | $168,148.49 | $394,098.02 | $480,799.59 | $270,613.98 | $1,313,660.08 |
| Cost of Goods Sold | ($107,238.46) | ($251,340.15) | ($306,634.98) | ($172,586.90) | ($837,800.50) |
| Gross Profit | $60,910.03 | $142,757.87 | $174,164.60 | $98,027.07 | $475,859.58 |
| Expenses | ($48,990.60) | ($114,821.72) | ($140,082.50) | ($78,844.25) | ($382,739.07) |
| Net Operating Income | **$11,919.42** | **$27,936.15** | **$34,082.10** | **$19,182.82** | **$93,120.50** |

| 2022 Cash flow Model | | | | | | |
|---|---|---|---|---|---|---|
| | Net profit | New Proj Invest | Debt Service | Jeff's Salary | Cash on hand/needed | Deferred Comp |
| Q1 | 11,919 | (7,500) | (3,000) | (10,000) | (7,599) | (15,000) |
| Q2 | 27,936 | (7,500) | (6,000) | (10,000) | 4,436 | (15,000) |
| Q3 | 34,082 | (15,000) | (6,000) | (10,000) | 3,082 | (15,000) |
| Q4 | 19,183 | 0 | (6,000) | (10,000) | 3,183 | (15,000) |
| Column Totals | 93,121 | (30,000) | (21,000) | (40,000) | 3,102 | (60,000) |
| Post Bankruptcy 2022 Investment Needed: | | 0 | | | | |

**2023 Summary Outlook w/Cash Flow Model**

**Cash in Bank on 12/31/22**                                3,102

| Quarterly  2023 Estimates w/Estimated Cash flows | | | | |
|---|---|---|---|---|
| | **Q1** | **Q2** | **Q3** | **Q4** | **Row Total** |
| Income | $234,213.27 | $548,937.35 | $669,703.56 | $376,936.98 | $1,829,791.16 |
| Cost of Goods Sold | ($146,916.70) | ($344,336.01) | ($420,089.93) | ($236,444.06) | ($1,147,786.69) |
| Gross Profit | $87,296.57 | $204,601.34 | $249,613.63 | $140,492.92 | $682,004.47 |
| Expenses | ($60,239.91) | ($141,187.28) | ($172,248.49) | ($96,948.60) | ($470,624.28) |
| **Net Operating Income** | **$27,056.66** | **$63,414.06** | **$77,365.15** | **$43,544.32** | **$211,380.19** |

| 2023 Cash flow Model | | | | | | |
|---|---|---|---|---|---|---|
| | Net profit | New Proj Invest | Debt Service | Jeff's Salary | Cash on hand/needed | Deferred Comp |
| **Q1** | 27,057 | (16,000) | (6,000) | (15,000) | (6,841) | (10,000) |
| **Q2** | 63,414 | (16,000) | (7,500) | (25,000) | 14,914 | 0 |
| **Q3** | 77,365 | (16,000) | (7,500) | (25,000) | 28,865 | 0 |
| **Q4** | 43,544 | (16,000) | (7,500) | (35,000) | (14,956) | 10,000 |
| **Column Totals** | 211,380 | (64,000) | (28,500) | (100,000) | 21,983 | 0 |
| **Post Bankruptcy 2023 Investment Needed:** | | 0 | | | | |

**Eminent Cycles LLC Future Projections Model 2021-2023**

| | History | | | Projections / Change | | | |
|---|---|---|---|---|---|---|---|
| | Jan - Dec 2020 | 2021 | % Growth | 2022 | % Growth | 2023 | % Growth |
| **Income** | | | | | | | |
| **40002 Sales Income** | 0.00 | 0.00 | 40.00% | 0.00 | 40.00% | 0.00 | 40.00% |
| 40000 Bicycle Sales Income | 785,859.77 | 1,100,203.68 | 40.00% | 1,540,285.15 | 40.00% | 2,156,399.21 | 40.00% |
| 40001 Non Inventory sales Income | 80,727.42 | 113,018.39 | 40.00% | 158,225.74 | 40.00% | 221,516.04 | 40.00% |
| 40003 Parts/Accessories Sales Income | 876.00 | 1,226.40 | 40.00% | 1,716.96 | 40.00% | 2,403.74 | 40.00% |
| 40100 Discounts / Credit Card Charges | (226,638.06) | (328,625.19) | 45.00% | (466,647.77) | 42.00% | (662,639.83) | 42.00% |
| 40101 Dealer Demo Discount (40%) (deleted) | 0.00 | 0.00 | 40.00% | 0.00 | 40.00% | 0.00 | 40.00% |
| 40200 Refunds Given | (11,713.84) | (16,399.38) | 40.00% | (22,959.13) | 40.00% | (32,142.78) | 40.00% |
| 40300 Shipping & Delivery Income | 17,615.21 | 24,661.29 | 40.00% | 34,525.81 | 40.00% | 48,336.14 | 40.00% |
| 40502 Labor/Warranty Income | 32,949.17 | 46,128.84 | 40.00% | 64,580.37 | 40.00% | 90,412.52 | 40.00% |
| **Total 40002 Sales Income** | **679,675.67** | **940,214.04** | | **1,309,727.15** | | **1,824,285.05** | |
| 40600 Unapplied Cash Payment Income | 706.40 | 988.96 | 40.00% | 1,384.54 | 40.00% | 1,938.36 | 40.00% |
| 40700 Uncategorized Income | 1,300.20 | 1,820.28 | 40.00% | 2,548.39 | 40.00% | 3,567.75 | 40.00% |
| **Total Income** | **681,682.27** | **943,023.28** | | **1,313,660.08** | | **1,829,791.16** | |
| **Cost of Goods Sold** | | | | | | | |
| 50000 Cost of Goods Sold | 329,129.57 1.00 | 483,820.47 | 47.00% | 662,834.04 | 37.00% | 908,082.64 | 37.00% |
| 50001 Ambassador Program | 0.00 | 0.00 | 47.00% | 0.00 | 37.00% | 0.00 | 37.00% |
| 50002 Freight, Shipping, and Duty Costs | 42,136.07 | 61,940.02 | 47.00% | 84,857.83 | 37.00% | 116,255.23 | 37.00% |
| 50003 Service & Labor | 0.00 | 0.00 | 47.00% | 0.00 | 37.00% | 0.00 | 37.00% |
| 50004 Supplies & Materials - COGS | 40,293.60 | 59,231.59 | 47.00% | 81,147.28 | 37.00% | 111,171.78 | 37.00% |
| 50005 Warranty | 1,606.90 | 2,362.14 | 47.00% | 3,236.14 | 37.00% | 4,433.51 | 37.00% |
| 50006 Small Tools | 115.61 | 169.95 | 47.00% | 232.83 | 37.00% | 318.97 | 37.00% |
| 50007 Sales Commissions | 2,727.24 | 4,009.04 | 47.00% | 5,492.39 | 37.00% | 7,524.57 | 37.00% |
| **Total 50000 Cost of Goods Sold** | **416,008.99** | **611,533.22** | | **837,800.50** | | **1,147,786.69** | |
| 51000 Inventory Shrinkage-1 | 0.00 | 0.00 | 0.00% | 0.00 | | 0.00 | |
| **Total Cost of Goods Sold** | **416,008.99** | **611,533.22** | | **837,800.50** | | **1,147,786.69** | |
| **Gross Profit** | **265,673.28** | **331,490.06** | | **475,859.58** | | **682,004.47** | |
| **Expenses** | | | | | | | |
| 60100 Amortization Expense | 166.67 | 166.67 | 0.00% | 194.17 | 16.50% | 234.95 | 21.00% |
| 60200 Automobile Expense | 0.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 60300 Accounting & Tax Services | 2,800.00 | 2,800.00 | 0.00% | 3,262.00 | 16.50% | 3,947.02 | 21.00% |
| 60400 Bank Service Charges | 1,171.64 | 1,171.64 | 0.00% | 1,364.96 | 16.50% | 1,651.60 | 21.00% |
| 60600 Business initiation/set up | 24.00 | 24.00 | 0.00% | 27.96 | 16.50% | 33.83 | 21.00% |
| 61700 Computer & web rental expenses | 7,409.23 | 7,409.23 | 0.00% | 8,631.75 | 16.50% | 10,444.42 | 21.00% |
| 63300 Insurance Expense | 0.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| 63302 Liability & Property | 6,019.57 | 6,019.57 | 0.00% | 7,012.80 | 16.50% | 8,485.49 | 21.00% |
| 63303 Medical Insurance | (63.16) | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| 63304 Workers comp | 1,029.08 | 1,029.08 | 0.00% | 1,198.88 | 16.50% | 1,450.64 | 21.00% |
| Total 63300 Insurance Expense | 6,985.49 | 7,048.65 | | 8,211.68 | | 9,936.13 | |
| 63400 Interest Expense | 42,207.39 | 15,000.00 | 0.00% | 15,000.00 | 16.50% | 15,000.00 | 21.00% |
| 63600 Income tax - Fed and CA | 840.00 | 840.00 | 0.00% | 978.60 | 16.50% | 1,184.11 | 21.00% |
| 64000 Legal | 0.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| 64001 Business and Liability | 7,175.00 | 50,009.75 | 697.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| 64002 Patent Expenses | 2,733.00 | 2,733.00 | 0.00% | 3,183.95 | 16.50% | 3,852.57 | 21.00% |
| 64003 Trademark | 0.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| Total 64000 Legal | 9,908.00 | 52,742.75 | | 3,183.95 | | 3,852.57 | |
| 64500 Marketing | 0.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| 64501 Advertising / Promotional | 28,676.26 | 28,676.26 | 0.00% | 33,407.84 | 16.50% | 40,423.49 | 21.00% |
| 64502 Equipment | 265.57 | 265.57 | 0.00% | 309.39 | 16.50% | 3,374.36 | 21.00% |
| 64503 Marketing Events & Trade Shows | (1,304.75) | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| 64504 Marketing Professional Services | 32,591.14 | 32,591.14 | 0.00% | 37,968.68 | 16.50% | 45,942.10 | 21.00% |
| 64506 Marketing Event Travel | 0.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| 64508 Travel Auto | 183.54 | 183.54 | 0.00% | 213.82 | 16.50% | 258.73 | 21.00% |
| 64509 Travel Lodging | 207.01 | 207.01 | 0.00% | 241.17 | 16.50% | 291.81 | 21.00% |
| 64510 Travel Meals | 496.43 | 496.43 | 0.00% | 578.34 | 16.50% | 699.79 | 21.00% |
| Total 64506 Marketing Event Travel | 886.98 | 886.98 | | 1,033.33 | | 1,250.33 | |
| 64511 Sponsorships - Athletes | 0.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| Total 64500 Marketing | 61,115.20 | 62,419.95 | | 72,719.24 | | 90,990.28 | |
| 65400 Meals and Entertainment | 59.21 | 59.21 | 0.00% | 68.98 | 16.50% | 83.47 | 21.00% |
| 65500 Misc Office Supplies & expeses | 1,367.42 | 1,367.42 | 0.00% | 1,593.04 | 16.50% | 1,927.58 | 21.00% |
| 66000 Payroll Expenses | 100.00 | 100.00 | 0.00% | 116.50 | 16.50% | 140.97 | 21.00% |
| 66001 Taxes | 12,682.11 | 12,682.11 | 0.00% | 14,774.66 | 16.50% | 17,877.34 | 21.00% |
| 66002 Wages | 146,286.11 | 146,286.11 | 0.00% | 170,423.32 | 16.50% | 206,212.21 | 21.00% |
| Total Company Contributions | 0.00 | 0.00 | | 0.00 | | 0.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total 66000 Payroll Expenses** | **159,068.22** | **159,068.22** | | **185,314.48** | | **224,230.52** | |
| 66500 Product Development - R&D | 100.00 | 100.00 | 0.00% | 116.50 | 16.50% | 140.97 | 21.00% |
| 66501 Engineering Development Parts | (5,166.26) | 0.00 | 0.00% | 2,000.00 | 16.50% | 5,000.00 | 21.00% |
| 66504 Industrial Design | 11,523.47 | 3,000.00 | 0.00% | 2,000.00 | 16.50% | 7,500.00 | 21.00% |
| 66505 Packaging & Manual Development | 0.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| **Total 66500 Product Development - R&D** | **6,457.21** | **3,100.00** | | **4,116.50** | | **12,640.97** | |
| 67000 Postage & freight | 7,721.43 | 7,721.43 | 0.00% | 8,995.47 | 16.50% | 10,884.51 | 21.00% |
| 67200 Repairs and Maintenance | 193.39 | 193.39 | 0.00% | 225.30 | 16.50% | 272.61 | 21.00% |
| 68100 Telephone Expense | 540.00 | 540.00 | 0.00% | 629.10 | 16.50% | 761.21 | 21.00% |
| 68400 Travel Expense | 112.50 | 112.50 | 0.00% | 131.06 | 16.50% | 158.59 | 21.00% |
| 68401 Travel Airline, Train, Boat | 1,220.60 | 1,220.60 | 0.00% | 1,422.00 | 16.50% | 1,720.62 | 21.00% |
| 68402 Travel auto | 14,310.98 | 14,310.98 | 0.00% | 16,672.29 | 16.50% | 20,173.47 | 21.00% |
| 68403 Travel Lodging | 7,949.16 | 7,949.16 | 0.00% | 9,260.77 | 16.50% | 11,205.53 | 21.00% |
| 68404 Travel Meals | 3,229.58 | 3,229.58 | 0.00% | 3,762.46 | 16.50% | 4,552.58 | 21.00% |
| **Total 68400 Travel Expense** | **26,822.82** | **26,822.82** | | **31,248.59** | | **37,810.79** | |
| 68500 Warehouse/office Rent | 29,576.02 | 29,576.02 | 0.00% | 34,456.06 | 16.50% | 41,691.84 | 21.00% |
| 68600 Utilities | 2,160.73 | 2,160.73 | 0.00% | 2,517.25 | 16.50% | 3,045.87 | 21.00% |
| 68900 Unapplied Cash Bill Payment Expense | 15.00 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| 90005 Loss on Asset Disposal | 3,842.86 | 0.00 | 0.00% | 0.00 | 16.50% | 0.00 | 21.00% |
| **Total Subcontracted Services (deleted)** | **0.00** | **0.00** | | **0.00** | | **0.00** | |
| **Total Expenses** | **370,451.93** | **380,232.13** | | **382,739.07** | | **470,624.28** | |
| **Net Operating Income** | **(104,778.65)** | **(48,742.07)** | | **93,120.50** | | **211,380.19** | |
| 90000 Cancellation of Debt | 35,000.00 | | 0.00% | | | | |
| **Total Other Income** | **35,000.00** | **0.00** | | **0.00** | | **0.00** | |
| 70000 Depreciation Expense (removed for cash flow purposes | 57,073.55 | 0.00 | 0.00% | 0.00 | | 0.00 | |
| **Total Other Expenses** | **57,073.55** | **0.00** | | **0.00** | | **0.00** | |
| **Net Other Income** | **(22,073.55)** | **0.00** | | **0.00** | | **0.00** | |
| **Net Income (less depreciation)** | **(126,852.20)** | **(48,742.07)** | | **93,120.50** | | **211,380.19** | |

| Non Income statement cashflow items / Insider Compensation | | | |
|---|---|---|---|
| Tooling (Capital Expenditures) | (57,500) | (30,000) | (64,000) |
| Distriubtion for taxes (25%) * no distributions    due to previous losses | 0 | 0 | 0 |
| Debt Service | (9,000) | (21,000) | (28,500) |
| Non Deferred Salary (Soncrant) | (16,666) | (40,000) | (100,000) |
| Net Cash Flow | (131,908.07) | 2,120.50 | 18,880.19 |
| Starting bank amount for year | $32,890 | $982 | 3,102 |
| Total Cash Flow | ($99,018.07) | $3,102.43 | $21,982.62 |

**Fill in this information to identify the case:**

Debtor name    **Eminent Bicycles, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$59,715.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$681,682.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$3,600.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Eminent Bicycles, LLC**                                         Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | **12/31/2020:**<br>**$19,000**<br>**1/19/2021:**<br>**$16,727**<br>**2/5/2021:**<br>**$11,000**<br>**3/1/2021:**<br>**$3,785**<br>**3/15/2021:**<br>**$15986** | **$66,498.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Debtor pays the CC in**<br>**full every month.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Stella Mondo vs. Eminent**<br>**Cycles, LLC**<br>**37-2020-43864** | **Collections** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

Debtor  **Eminent Bicycles, LLC**                                              Case number *(if known)*

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 9/11/2020: $1000<br>11/23/2020: $4,815<br>12/29/2020: $1,360<br>1/19/2020: $6345<br>1/27/2021: $37,000 | |
| | **Gupta Evans and Associates, PC**<br>**1620 5th Avenue, #650**<br>**San Diego, CA 92101** | **Gupta Evans Currently has $2,500 on retainer.** | | $51,520.00 |
| | Email or website address<br>**ag@SoCal.law** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **Eminent Bicycles, LLC**                                    Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | Zavaleta made the loans below to the company within the last two years.  In exchange, the company granted Mr. Zavaleta a secured interest in the Company. | | |
| | Humberto Zavaleta 1500 Locust St.  Apt 4308 Philadelphia, PA 19102 | 01/22/2019 80,000.00 03/19/2019 85,000.00 06/10/2019 100,000.00 03/04/2020 90,000.00 | See above | $0.00 |
| | Relationship to debtor Father in Law for Main Principal | | | |
| 13.2. | Jeffrey Soncrant 1665 South Rancho Santa Fe Rd Suite C1 San Marcos, CA 92078 | Mr. Soncrant made the loans below to the company within the last 2 years.  All loans were secured with a blanket UCC  03/18/2019 15,000.00 07/23/2019 3,980.00 11/26/2019 58,699.90 | | $77,697.00 |
| | Relationship to debtor Sole Member | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Eminent Bicycles, LLC**                              Case number *(if known)*

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■  No. Go to Part 10.
   ☐  Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Eminent Bicycles, LLC**                    Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Kurt Mueller**<br>**Mueller & Company**<br>**575 E Big Beaver Road, Ste 250**<br>**Troy, MI 48083** | **2015 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    **Eminent Bicycles, LLC**                                    Case number *(if known)*

| | Name and address |
|---|---|
| 26d.1. | **Humberto Zavaleta**<br>**1500 Locust St.  Apt 4308**<br>**Philadelphia, PA 19102** |
| 26d.2. | **Stella Mondo, LLC**<br>**c/o Kevin Sigismondo**<br>**11205 Wheatland Place**<br>**San Diego, CA 92131** |
| 26d.3. | **U.S. Small Business Admin**<br>**409 3r St. SW**<br>**Washington, DC 20416** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

☑  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jeff Soncrant** | **12/23/2020** | **Debtor does Quarterly inventories and they are updated regularly in the companies QB accounts.** |
| | Name and address of the person who has possession of inventory records | | |
| | **Debtor** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeff Soncrant** | **1665 South Rancho Santa FeRoad Suite C1 San Marcos, CA 92078** | **Hold's sole director position, all officer positions** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑  No
☐  Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
☑  Yes. Identify below.

Debtor    **Eminent Bicycles, LLC**                                         Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jeffrey Soncrant**<br>**1665 South Rancho Santa Fe Rd**<br>**Suite C1**<br>**San Marcos, CA 92078** | **Expense Reimbursement and Salary. See Supplement to Paragraph 30 for dates and amounts.**<br><br>**See Supplement to** | **See Supplement to Paragraph 30.** | **Expense Reimbursement and Salary** |
| | Relationship to debtor<br>**Sole Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 16, 2021__

**/s/ Jeffrey Soncrant**                                    **Jeffrey Soncrant**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Statement of Financial Affairs, Supplement to Paragraph 30**

**Salary**

| Date | Amount | Description |
|---|---|---|
| 12/1/2021 | $16,666.66 | October and November, 2021 |
| 12/31/2021 | $8,333.33 | December, 2021 Salary |
| 1/31/2021 | $8,333.33 | January, 2021 Salary |
| 2/28/2021 | $8,333.33 | February, 2021 Salary |
| | **$41,666.65** | |

**Expense Reimbursement**

| Date | Amount | Description |
|---|---|---|
| 3/12/2020 | $10,948.57 | Amex Reimbursement |
| 4/10/2020 | $9,548.37 | Amex Reimbursement |
| 5/11/2020 | $8,216.14 | Amex Reimbursement |
| 6/1/2020 | $14,081.23 | Amex Reimbursement |
| 7/16/2020 | $4,086.65 | Amex Reimbursement |
| 8/3/2020 | $21,620.27 | Amex Reimbursement |
| 8/17/2020 | $874.93 | Non-Amex Expenses Reimbursed |
| 8/28/2020 | $25,582.36 | Amex Reimbursement |
| 10/1/2020 | $18,846.02 | Amex Reimbursement |
| 10/22/2020 | $6,000.00 | Amex Reimbursement |
| 10/23/2020 | $890.24 | Non-Amex Expenses Reimbursed |
| 10/26/2020 | $23,475.84 | Amex Reimbursement |
| 12/10/2020 | $17,000.00 | Amex Reimbursement |
| 12/31/2020 | $19,000.00 | Amex Reimbursement |
| 1/19/2021 | $16,727.88 | Amex Reimbursement |
| 2/3/2021 | $79.28 | Non-Amex Expenses Reimbursed |
| 2/5/2021 | $11,000.00 | Amex Reimbursement |
| 2/9/2021 | $1,136.82 | Non-Amex Expenses Reimbursed |
| 3/1/2021 | $3,785.90 | Amex Reimbursement |
| 3/15/2021 | $15,986.41 | Amex Reimbursement |
| | **$228,886.91** | |

**Grand Total**     $270,553.56

# United States Bankruptcy Court
## Southern District of California

In re    **Eminent Bicycles, LLC**                                            Case No.
                                             Debtor(s)          Chapter        **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **March 16, 2021**                           Signature    **/s/ Jeffrey Soncrant**

                                                                  **Jeffrey Soncrant**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.

**Ajay Gupta 242132**
**1620 5th Avenue, #650**
**San Diego, CA 92101**
**(619) 866-3444**
**242132 CA**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Eminent Bicycles, LLC**

| | |
|---|---|
| | BANKRUPTCY NO. |

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.        TOTAL NO. OF CREDITORS: **8**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.        TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:    **March 16, 2021**                    **/s/ Jeffrey Soncrant**
                                               **Jeffrey Soncrant**/CEO
                                               Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
CSD 1008

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1)      Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2)      A creditors matrix with Verification is required whenever the following occurs:

   a)      A new petition is filed.  Diskette required.

   b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be originally typed or printed. It may not be a copy.

4)      CONVERSIONS:

   a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification.  Diskette required.

   b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

   a)      Scannable matrix format required.

   b)      The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

**CSD 1008**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Humberto Zavaleta
1500 Locust St. Apt 4308
Philadelphia, PA 19102


Jeffrey Soncrant
c/o Jerry Hemme, esq
6256 Greenwich Dr, Suite 500
San Diego, CA 92122


Jeffrey Soncrant
1665 South Rancho Santa Fe Rd
Suite C1
San Marcos, CA 92078


KP La Costa Meadows, LLC
c/o The Brookhollow Group
San Diego, CA 92108


Stella Mondo, LLC
c/o Kevin Sigismondo
11205 Wheatland Place
San Diego, CA 92131


Stella Mondo, LLC
c/o Ahren Tiller, esq
1230 Columbia, Suite 1100
San Diego, CA 92101


Stella Mondo, LLC
c/o Sharlynne Solomon, Esq.
9915 Mira Mesa Blvd, Suite 130
San Diego, CA 92131


U.S. Small Business Admin
409 3r St. SW
Washington, DC 20416

# United States Bankruptcy Court
## Southern District of California

In re   **Eminent Bicycles, LLC**                Case No. _____

                         Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Eminent Bicycles, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 16, 2021** _____
Date

       **/s/ Ajay Gupta** _____
       **Ajay Gupta 242132**
       Signature of Attorney or Litigant
       Counsel for    **Eminent Bicycles, LLC**
       **Gupta Evans and Associates, PC**
       **1620 5th Avenue, #650**
       **San Diego, CA 92101**
       **(619) 866-3444 Fax:(619) 330-2055**
       **ag@SoCal.law**